**Motion GRANTED for extension to 5/30/13.**

*[Judge's signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00052 |
| ) | JUDGE TRAUGER |
| ) | |
| ENRIQUE RAMIREZ-INFANTE ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Enrique Ramirez-Infante moves to extend the time for filing pretrial motions until May 30, 2013. This matter is currently set for trial on June 11, 2013.

In support of this motion, defense counsel would show the following: Defense counsel has received discovery but not yet had an opportunity to review it with Mr. Ramirez-Infante, who requires an interpreter and is detained in federal custody in Kentucky pending resolution of this matter. Defense counsel cannot determine whether pretrial motions are appropriate without first reviewing discovery and trial issues with Mr. Ramirez-Infante.

For these reasons, defense counsel requests an extension until May 30, 2013.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: caryll_alpert@fd.org

Attorney for Enrique Ramirez-Infante